## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

JAMES CHARLES THOMPSON, III,                          Civil No. 23-1598 (JRT/DJF)

        Plaintiff,

v.                                                                        **ORDER**

 PAUL SCHNELL, et al.,

        Defendants.

---

James Charles Thompson, III, SBI#01001793, Howard R. Young Correctional Institution, P.O. Box 9561, Wilmington, DE 19809, *pro se* plaintiff.

United States Magistrate Judge Dulce J. Foster filed a Report and Recommendation (ECF No. 5).  No objections have been filed in the time permitted.

Based on the R&R and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. This action is **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b) for failure to prosecute; and

2. Plaintiff James Charles Thompson, III's Application to Proceed in District Court without Prepaying Fees or Costs (ECF No. [2]) is **DENIED AS MOOT**.

   **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 8, 2023
at Minneapolis, Minnesota

                               s/John R. Tunheim
                               JOHN R. TUNHEIM
                               United States District Court